Alicia G. Burnes, appellant, v. Charles F. Moss, appellee. Gen. No. 39,400.

Opinion filed May 19, 1937.
John C. Garriott, Jr., for appellant. Fred M. Outhouse, for appellee.
Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.